THE STATE BANK OF PIKE, Appellant *v.* JOHN NAPIER et al., Respondents.

(Submitted December 9, 1901; decided January 14. 1902.)

Motion for reargument denied, with ten dollars costs. (See 168 N. Y. 591.)

---

THE ONONDAGA NATION et al., Appellants, *v.* JOHN BOYD THACHER, Respondent.

(Submitted January 6, 1902; decided January 14, 1902.)

Motion for reargument denied, with ten dollars costs. (See 169 N. Y. 584.)